*11753*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
**NAVISION CHARTERINGA/S**,

                Plaintiff,        **Case No.** 08 CV 01666
                                        JUDGE RAKOFF

     - against -                  **NOTICE PURSUANT**
                                          **FED. R. CIV. P. 7.1**

**HOLCIM FZCO**,

                Defendant.
---------------------------------------------------------x

     Pursuant to Fed. R. Civ. P. 7.1 (a), Plaintiff, **NAVISION CHARTERINGA/S**, hereby states that it is not a parent, subsidiary or affiliate of a publicly traded corporation.

     Pursuant to Fed. R. Civ. P. 7.1 (b) (2), a supplemental statement shall be filed promptly upon any change in the above information.

Dated in the City of New York on February 19, 2008

                                                            Respectfully submitted,

                                                            JUNGE & MELE, LLP
                                                            *Attorneys for Plaintiff*

                                                            /s/ Peter A. Junge
                                                            _____
                                                            Peter A. Junge (PJ-0745)
                                                           29 Broadway
                                                           New York, NY 10006
                                                           (212) 269-0061