11753

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

**NAVISION CHARTERING A/S**,

          Plaintiff,

- against -

**HOLCIM FZCO a/k/a
HOLCIM TRADING FZCO**,

          Defendant.

------------------------------------------------------x

Case No. 08 CV 1666 (Judge Rakoff)

**AMENDED
NOTICE OF ATTACHMENT
PURSUANT LOCAL ADMIRALTY
RULE B.2**

     **PLEASE TAKE NOTICE** that pursuant to the Local Admiralty and Maritime Rule B.2, Plaintiff, **NAVISION CHARTERING A/S**, hereby states that on February 27, 2009, it has attached funds of Defendant, **HOLCIM TRADING FZCO**, in the amount of US$150,000.00 at BNP Paribas, New York, NY; and

     **PLEASE TAKE FURTHER NOTICE** that the funds previously noticed as being attached on February 25, 2008, in the amount of US$150,000.00 at BNP Paribas, New York, NY, have been released to the intended beneficiary of the applicable wire transfer.

Dated in the City of New York on February 27, 2008

          Respectfully submitted,

          JUNGE & MELE, LLP
          *Attorneys for Plaintiff*

          /s/ Peter A. Junge

          _____
          Peter A. Junge (PJ-0745)
          29 Broadway
          New York, NY 10006
          (212) 269-0061

To:  HOLCIM TRADING FZCO

## AFFIRMATION OF SERVICE

**Peter A. Junge**, an attorney at law duly admitted to practice law in the courts of the State of New York, and in the U.S. District Court for the Southern District of New York, affirms under penalty of perjury that on **February 27, 2008**, the document listed below was duly served on the named addressee below by enclosing said document in a sealed envelope, with international air mail postage pre-paid, and depositing same in a mail box of the United States Postal Service located at 29 Broadway, New York, NY:

DOCUMENT(S) SERVED:   **AMENDED NOTICE OF ATTACHMENT PURSUANT LOCAL ADMIRALTY RULE B.2**

ADDRESSEE(S):   **HOLCIM TRADING FZCO**
c/o Joachim Grieg & Co.
Grieg-Gaarden
C. Sundtsgate 17/19
N-5004 Bergen, Norway

Dated in the City of New York on February 27, 2008

/s/ Peter A. Junge

_____
Peter A. Junge