Rakoff, J

11753

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NAVISION CHARTERING A/S,

                Plaintiff,

- against -

HOLCIM FZCO
d/b/a HOLCIM TRADING FZCO,

                Defendant.
------------------------------------------------------------x

Case No.  08 CV 01666
(Judge Rakoff)

NOTICE OF VOLUNTARY
DISMISSAL WITH ORDER

**PLEASE TAKE NOTICE** that there being no appearance or answer by Defendant, pursuant to Fed. R. Civ. P. 41 (a), Plaintiff hereby voluntarily dismisses this action, without prejudice, and without costs or disbursements to any of the parties herein.

Dated in the City of New York on March 31, 2008

                Respectfully submitted,

                JUNGE & MELE, LLP
                *Attorneys for Plaintiff*

                Peter A. Junge (PJ-0745)
                29 Broadway
                New York, NY 10006
                (212) 269-0061

**IT IS SO ORDERED**

_____
JED S. RAKOFF
UNITED STATES DISTRICT JUDGE

Dated:  3/31/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-08